**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**　　　　　　　　　　　　　　　　Case No. 04-cr-02-PB

<u>Radhames Reyes and</u>
<u>Juan Reyes</u>


<u>**O R D E R**</u>

    The defendants have each moved to continue the June 7, 2005 trial in the above case.  A plea hearing is scheduled for defendant Radhames Reyes on July 1, 2005.  Defendant Juan Reyes cites the need for additional time to engage in plea negotiations.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to finalize plea agreements or prepare for trial, the court will continue the trial from June 7, 2005 to July 7, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the

ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

Documents no. 36 and 37 are accordingly granted.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

June 3, 2005

cc: John Gillen, Esq.
Stephen Wright, Esq.
Anthony Ortiz, Esq.
Terry Ollila, Esq.
United States Probation
United States Marshal